RYAN P. SULLIVAN -- #242515
SULLIVAN & SULLIVAN, LAW CORP.
505 North West Street
Visalia, California 93291
Tel: (559) 741-2860
Fax:(559) 741-2864

Attorney for Defendants MEHDI HUDA and NASEEM HUDA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>         Plaintiff(s),<br>     vs.<br><br>MEHDI HUDA, ET AL.,<br><br>         Defendant(s). | CASE NO. 1:16-CV-01344-DAD-BAM<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Stipulation of the parties regarding a second extended deadline for Defendants, MEHDI HUDA and NASEEM HUDA, trustees of the HUDA LIVING TRUST dated March 7, 2000's filing of an Answer to Plaintiff's Complaint is approved, and

IT IS HEREBY OREDERED THAT

1.    Defendants, MEHDI HUDA and NASEEM HUDA, trustees of the HUDA LIVING TRUST dated March 7, 2000, shall file and serve an Answer to the Plaintiff's Complaint on or before November 18, 2016.

IT IS SO ORDERED.

Dated:   **November 9, 2016**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

`